# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**661**

**CA 12-02396**

PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, SCONIERS, AND DEJOSEPH, JJ.

---

IN THE MATTER OF JAMES ADAMS,
PETITIONER-APPELLANT,

V                                                  MEMORANDUM AND ORDER

SUPERINTENDENT BOLLINIER, FIVE POINTS
CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.

---

JAMES ADAMS, PETITIONER-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARCUS J. MASTRACCO OF COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), dated July 5, 2012 in a proceeding pursuant to CPLR article 78. The judgment denied and dismissed the petition.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: Petitioner commenced this CPLR article 78 proceeding seeking to annul the determination that he violated a prison disciplinary rule. Supreme Court properly denied the petition. Inasmuch as petitioner has served the entirety of the imposed 30-day penalty, his contention that the penalty was unlawful is moot (*see Matter of Ellison v Coughlin*, 191 AD2d 778, 778-779), and we conclude that the exception to the mootness doctrine does not apply (*cf. id.* at 779; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715). Petitioner's contention that the absence of the hearing transcript precluded the court's meaningful review is not preserved for our review and, in any event, is without merit (*see Matter of Sessoms v Commissioner of Correctional Servs.*, 63 AD3d 1400, 1400). We reject petitioner's further contention that the absence of the hearing transcript from the record on appeal prevents this Court from conducting a meaningful appellate review, inasmuch as the missing transcript "is not relevant to the issues before us" (*Matter of Gold v Masse*, 256 AD2d 981, 981-982, *lv denied* 93 NY2d 803; *see Matter of Borrero v Goord*, 268 AD2d 853, 854).

Entered:  June 13, 2014                         Frances E. Cafarell
                                                Clerk of the Court